THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRITTANY GREGORY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-2331 |
| | § | |
| **GALAXY MANAGEMENT COMPANY, LLC and JAGMOHAN DHILLON,** | § § § | |
| | § | |
| *Defendants.* | § | |

**JOINT MOTION TO CONTINUE INITIAL HEARING**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Defendants Galaxy Management Company, LLC and Jagmohan Dhillon ("Defendants") and Plaintiff Brittany Gregory ("Plaintiff"), and file this Joint Motion to Continue Initial Hearing on March 5, 2024 and would show unto the Court as follows:

1. The Court's January 24, 2024 Order (Doc. 9) set forth an initial hearing pursuant to FED. R. CIV. P. 16 on February 5, 2024.

2. The parties requested the Court continue the hearing set for February 5, 2024 so the parties could confer on a number of issues. As a result, the Court continued the initial hearing to March 5, 2024.

3. The parties are now scheduled to attend early mediation with Cecilia Morgan of JAMS on April 23, 2024. Therefore, the parties request the Court continue the

initial hearing set for March 5, 2024 until after the parties have had an opportunity to attend mediation on April 23, 2024.

4. On February 29, 2024, counsel for Defendants conferred with counsel for Plaintiff regarding a continuance of the initial hearing pursuant to Fed. R. Civ. P. 16 on March 5, 2024 so the parties may attend their scheduled mediation on April 23, 2024.

5. Accordingly, for good cause shown and based upon the agreement of the parties, the parties respectfully request that the Court grant this Joint Motion to Continue Initial Hearing and continue the initial hearing for after the parties' mediation on April 23, 2024.

WHEREFORE, premises considered, the parties request that the Court grant the Joint Motion to Continue Initial Hearing, and for such other and further relief to which same may be entitled in law or equity.

Respectfully submitted,

**GORDON REES
SCULLY MANSUKHANI, LLP**

*/s/ Liz E. Drumm*
**ROBERT BRAGALONE**
State Bar No. 02855850
bbragalone@grsm.com
**LIZ E. DRUMM**
State Bar No. 24086949
ldrumm@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
214-231-4053 (Telephone)
214-461-4660 (Facsimile)

**ATTORNEY FOR DEFENDANTSS
GALAXY MANAGEMENT COMPANY,
LLC AND JAGMOHAN DHILLON**

AND

        **THE HARMAN FIRM**

        */s/ Walker G. Harman, Jr. (w/permission)*
        **WALKER G. HARMAN, JR.**
        State Bar No. 24136268
        wharman@theharmanfirm.com
        824 Exposition Ave., Suite 7
        Dallas, Texas 75226
        (646) 248-2288 (Telephone)

        **ATTORNEY FOR PLAINTIFF**
        **BRITTANY GREGORY**

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that she conferred with Plaintiff's counsel on February 29, 2024.

        */s/ Liz E. Drumm*
        **LIZ E. DRUMM**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served via the Court's CM/ECF system per Local Rule CV-5 on February 29, 2024.

        */s/ Liz E. Drumm*
        **LIZ E. DRUMM**