THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRITTANY GREGORY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-2331 |
| | § | |
| GALAXY MANAGEMENT COMPANY, LLC and JAGMOHAN DHILLON, | § § § | |
| | § | |
| *Defendants.* | § | |

## Joint Motion to Dismiss with Prejudice

Plaintiff Brittany Gregory and Defendants Galaxy Management Company, LLC and Jagmahon Dhillon file this Joint Motion to Dismiss with Prejudice.

Plaintiff and Defendants have compromised, resolved, and settled the claims that have been asserted by Plaintiff against Defendants in this case.

Accordingly, Plaintiff and Defendants request that the Court enter an order granting this Joint Motion to Dismiss and dismissing all claims with prejudice, with each party to bear their own costs.

Respectfully submitted,

| THE HARMAN FIRM | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| */s/ Evan Richardson* <br> EVAN RICHARDSON <br> State Bar No. 24138559 <br> *erichardson@theharmanfirm.com* <br> WALKER G. HARMAN, JR. <br> State Bar No. 24136268 <br> *wharman@theharmanfirm.com* <br> 824 Exposition Ave., Suite 7 <br> Dallas, Texas 75226 <br> (646) 248-2288 (Telephone) <br><br> ATTORNEYS FOR PLAINTIFF <br> BRITTANY GREGORY | */s/ Jason E. Winford* <br> ROBERT BRAGALONE <br> State Bar No. 02855850 <br> *bbragalone@grsm.com* <br> JASON E. WINFORD <br> State Bar No. 00788693 <br> *jwinford@grsm.com* <br> 2200 Ross Avenue, Suite 3700 <br> Dallas, Texas 75201 <br> 214-231-4660 (Telephone) <br> 214-461-4053 (Facsimile) <br><br> ATTORNEYS FOR DEFENDANT <br> GALAXY MANAGEMENT COMPANY, LLC AND JAGMOHAN DHILLON |